UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RUBICELA HERNANDEZ FRANCO,

        Petitioner,

v.

KEVIN RAYCRAFT et al.,

        Respondents.

_____/

Case No. 1:25-cv-1274

Honorable Hala Y. Jarbou

## ORDER TO SHOW CAUSE

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center in Baldwin, Lake County, Michigan. Petitioner challenges the lawfulness of her detention.

Petitioner names the following as Respondents: Director of Detroit Field Office of ICE's Enforcement and Removal Operations Division Kevin Raycraft, Petitioner's immediate custodian; United States Secretary of Homeland Security Kristi Noem, responsible for the implementation and enforcement of Immigration and Naturalization Act and overseeing ICE, which is responsible for Petitioner's detention; the Department of Homeland Security, the federal agency responsible for implementing and enforcing the INA, including the detention and removal of noncitizens; Attorney General of the United States Pamela Bondi, responsible for the Department of Justice and the immigration court system; the Executive Office for Immigration Review, the federal agency responsible for implementing and enforcing the INA in removal proceedings; The Geo Group, Inc., which operates North Lake; and North Lake Warden John Doe (Pet., ECF No. 1, PageID.5–6.) Petitioner asks the Court for the following relief: to issue a writ of habeas corpus

ordering Respondents to release Petitioner or provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within 14 days and award attorneys' fees and costs for this action. (Pet., ECF No. 1, PageID.13.)

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1. The Clerk of Court shall serve copies of the petition and this order on each Respondent and the United States Attorney for the Western District of Michigan.

2. On or before the third business day after receipt of the petition and this order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

3. Petitioner shall file a written reply on or before the third business day after Respondents file their order to show cause response.

4. In Respondents' response and Petitioner's reply, the parties shall address the Court's jurisdiction and authority to grant the requested relief, exhaustion of available remedies, and any issues of fact that must be resolved.

5. The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED**.


Dated: October 24, 2025         /s/ Hala Y. Jarbou
                                HALA Y. JARBOU
                                CHIEF UNITED STATES DISTRICT JUDGE